AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

MICHAEL GOLDSTEIN
1 CATLIN AVENUE
EAST PROVIDENCE, RI

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 05m-1091-JGD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 6, 2005__ in __Norfolk__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

travel in interstate commerce for the purpose of engaging in any illicit sexual conduct with another person

in violation of Title __18__ United States Code, Section(s) __2423(b)__.

I further state that I am a(n) __Special Agent, FBI__ and that this complaint is based on the following
Official Title

facts:

See attached Affidavit of FBI Special Agent David George

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

08-08-2005                                at                    Boston, Massachusetts
Date                                                           City and State

JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE                    _Judith Gail Dein_
Name & Title of Judicial Officer                   Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

℅JS 45  (5/97) - (Revised USAO MA 3/25/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**              Category No. __II__            Investigating Agency __FBI__

City __Bellingham__                Related Case Information:

County __Norfolk__                 Superseding Ind./ Inf. _____   Case No. _____
                                   Same Defendant _____   New Defendant _____
                                   Magistrate Judge Case Number _____
                                   Search Warrant Case Number _____
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Michael Goldstein__                    Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address _____

Birth date: __1968__    SS#: __8555__    Sex: __M__   Race: __White__    Nationality: __American__

**Defense Counsel if known:** _____         Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Donald L. Cabell__                    Bar Number if applicable _____

Interpreter:    ☐ Yes   ☒ No     List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested        ☐ Regular Process        ☒ In Custody

**Location Status:**

Arrest Date:   __August 6, 2005__

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:     ☒ Complaint        ☐ Information        ☐ Indictment

Total # of Counts:     ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: August 8, 2005           Signature of AUSA: *Don L. Cabell*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   Michael Goldstein

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. §2423(b) | Interstate Travel for Illicit Sex | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:   FBI

goldstein js45.wpd - 3/13/02