## AFFIDAVIT OF SPECIAL AGENT DAVID GEORGE

I, David George, being duly sworn, hereby depose and say:

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI), United States Department of Justice, and have been so employed for over six years. I currently am assigned to the Cyber Crimes Squad of the Boston Field Office of the FBI, and have been assigned to this squad for approximately three years. Since my assignment to this squad, I have received basic and advanced training on computer systems and computer based investigations, particularly investigations of crimes involving the sexual exploitation of children via computer telecommunications (commonly referred to as the "Internet"), and have personally conducted numerous such investigations.

2. I am aware based on my training and experience that United States Code 18, section 2423(b), makes it a crime for anyone to travel in interstate commerce for the purpose of engaging in any illicit sexual conduct with another person. Having so stated, I respectfully submit this affidavit in support of a criminal complaint charging an individual named Michael Goldstein, of East Providence, Rhode Island, with violation of 18 U.S.C. §2423(b).

3.   The information set forth in this affidavit is based upon an investigation conducted by me and other law enforcement officers.  The affidavit does not contain every fact known to me with respect to this investigation.  Rather, it contains those facts I believe to be necessary to establish probable cause to believe Michael Goldstein violated the statute.

4.   This case involves the use of the Internet to communicate with other people through an Internet Service Provider known as America OnLine ("AOL").  AOL offers its users access to chat rooms, which are designated areas where AOL users ostensibly sharing a mutual interest may communicate with one another.  Whenever an AOL user enters a chat room, that user's screen name appears on the screen; in that way, all participants of a particular chat room can see who else is there.  Users in a chat room can communicate with others in two ways.  They can post a message to all of the users in the room.  Or, if the user wants to communicate directly and privately with another chat room participant, the user can click on that person's screen name, and then send the person a private communication known as an "instant message," or "IM."  Chat and instant messaging are real-time type-written conversations between people, much like a verbal conversation.  AOL also offers e-mail service for its users. Within the AOL system, text messages and graphic images (such as

photographs) can be sent to/from AOL users, or to any person with an Internet e-mail address.  Both text and graphic image files can be saved to a computer disk drive for access and printing at any time.

    5.   The FBI, as well as numerous state and local law enforcement agencies, have been conducting undercover operations targeting individuals who use the Internet to transmit and receive child pornography and/or to lure minors into illicit sexual relationships.

    6.  On May 25, 2005, at approximately 7:30 p.m. EST, I, using an undercover screen name identity referred to here as the "UCA," logged on to AOL via a computer located in Boston, Massachusetts.  At approximately 8:15 p.m., I entered a chatroom entitled "son suxs dad."  Shortly thereafter, I received an unsolicited IM from the AOL user "Bbmikeri", and an IM conversation ensued.  The following is a verbatim transcript of the initial part of this conversation:

    **Bbmikeri: hi**

    the UCA:  hey

    **Bbmikeri: whats up? 36 rhode island here**

    the UCA:  bored

    **Bbmikeri: what ru into**

    the UCA:  sportsand music

the UCA: u?

**Bbmikeri: rollercoasters and cars**

the UCA: yeah i dig those

**Bbmikeri: how old ru?**

the UCA:  fraid ud ask

the UCA:  14

**Bbmikeri: why are you afraid of that?**

the UCA: most guys stop chatn when i tell em

**Bbmikeri: nothing wrong with talking**

the UCA:  i didnt thnk so

**Bbmikeri: so any luck in this chatroom?**

the UCA: just gotin

**Bbmikeri: ah**

As the conversation went on, Bbmikeri asked the UCA if he had ever been with guys, asked the UCA about his physical appearance, and also asked the UCA what he was interested in trying with a guy.  Bbmikeri also provided sexual advice to the the UCA and told him that he should not hold back (from having sex), but to "just let it happen."

7.   Between the initial IM chat on May 25, 2005 and August 2, 2005, the UCA and Bbmikeri engaged in 10 additional IM conversations and a number of e-mail exchanges.  In the course of these conversations Bbmikeri stated that his first name is

"Mike," that he is 36 years old, resides in East Providence, Rhode Island, and is employed as an automobile damage appraiser. I have reviewed records provided by AOL regarding the identity of the subscriber for the screen name "Bbmikeri." Consistent with what Bbmikeri stated, they reveal that the subscriber is Michael Goldstein, of 1 Catlin Ave., East Providence, RI 02916.

8.   In addition to providing personal information about himself, Bbmikeri e-mailed a photograph of himself to the UCA, repeatedly expressed a sexual interest in him, provided sexually explicit advice to the UCA in which he described how two males engage in sexual intercourse, and expressed a strong desire to meet the UCA to engage in sexual intercourse with him.  A portion of these IM conversations are quoted and/or summarized below.

9.   On May 27, 2005, at approximately 7:56 p.m., Bbmikeri initiated an IM conversation with the UCA.  During this conversation, Bbmikeri stated he was "bored and horny," and later stated he really liked talking to the UCA.  Later in the conversation, Bbmikeri stated he wouldn't mind meeting the UCA some day.  Bbmikeri told the UCA that he lives in East Providence, Rhode Island.  the UCA told Bbmikeri that he (the UCA) lives in Bellingham, Massachusetts.

10.  On May 31, 2005, at approximately 7:26 p.m., Bbmikeri initiated another IM conversation with the UCA.  During this

conversation Bbmikeri asked the UCA if his father knew the UCA was talking to guys about "gay stuff" on AOL and, when the UCA said he was unsure, advised him that it would be "best not to bring that up." Later in the conversation, Bbmikeri suggested he and the UCA could go to an amusement park together.

11. On June 6, 2005, at approximately 6:51 p.m., Bbmikeri initiated another IM conversation with the UCA and discussed going to an amusement park and possibly spending the night together. The following is a verbatim transcript of that portion of the IM conversation:

**Bbmikeri: so you have no ideas at all about what you'd want to do all night???**

the UCA: well i do

the UCA: i thnk

**Bbmikeri: tell me**

the UCA: Ive nvr done it b4

the UCA: uthhere?

**Bbmikeri: yea**

**Bbmikeri: well tell me and ill tell you if youre on the right track anyway**

the UCA: u mean sex right?

**Bbmikeri: sure why not**

Later in the conversation the UCA e-mailed Bbmikeri an image of an adolescent male, purportedly of the UCA.  Bbmikeri then e-mailed an image purportedly of himself to the UCA.

   12.  On June 28, 2005, at approximately 6:57 p.m., Bbmikeri sent the UCA an email stating that he had not seen the UCA around in a while and that he was thinking of going to Six Flags (the amusement park).  Bbmikeri also asked the UCA to email him.  Approximately an hour later, I as the UCA initiated an IM conversation with Bbmikeri.  During this conversation Bbmikeri suggested he wanted to be the first guy that the UCA has sex with.  Shortly thereafter, Bbmikeri and the UCA made arrangements to meet in Bellingham, Massachusetts on the morning of Saturday, July 2nd, at the McDonald's Restaurant located near the intersection of Interstate 495 and Route 26 (272 Hartford Avenue), at which time they would have something to eat.  The following is a verbatim transcript of a portion of the conversation that followed:

**Bbmikeri: what ru gonna wear sat?**

the UCA: whts the weathr?

**Bbmikeri: cooler- low 80s**

the UCA: shorts i guess

**Bbmikeri: cool**

**Bbmikeri: what kind of undies do u wear?**

the UCA: boxrs

**Bbmikeri: love those**

the UCA: u?

**Bbmikeri: briefs**

the UCA: tighty whities?

**Bbmikeri: ya**

the UCA: ouch

**Bbmikeri: i like em**

the UCA: not me

the UCA: 2 tight

**Bbmikeri: well u can take em off me then**

the UCA: cool

**Bbmikeri: can fuk me if u want**

the UCA: def

the UCA: just show me mike

the UCA: thts all

**Bbmikeri: cool**

**Bbmikeri: can i fuk u?**

the UCA: yep

**Bbmikeri: cool**

the UCA: just take it ezy

**Bbmikeri: k**

the UCA: so do u use lube?

**Bbmikeri: sometimes, can use spit too**

**Bbmikeri: you'll love having my tongue in there**

the UCA: wch is btr?

**Bbmikeri: prob lube, but not to much**

the UCA: ok

the UCA: so ull brng it?

**Bbmikeri: sure**

13.  On June 30, 2005, at approximately 7:15 p.m., Bbmikeri initiated another IM conversation with the UCA to further discuss the planned meeting on July 2nd, which they ultimately decided to postpone to a later date.  The following is a verbatim transcript of that portion of the conversation:

**Bbmikeri: u still up for sat?**

the UCA: u serious?

**Bbmikeri: u didnt think i was?**

the UCA: not really

**Bbmikeri: why not?**

the UCA: like i said b4

**Bbmikeri: like i said before- not like that**

the UCA: evry1 in here seems to just wnat pics

the UCA: not like that?

**Bbmikeri: just wanting pics**

**Bbmikeri: I'm for real**

the UCA: whts the best way 4 me 2 now tht mike?

the UCA: i dont wanna wait somewhr 4 nothn

the UCA: thts all

**Bbmikeri: yeah i hear you**

**Bbmikeri: i really don't know what to say to convince you**

the UCA: i was really surprizd u were here at 7

the UCA: like u said

**Bbmikeri: well i do what i say**

the UCA: cool

the UCA: not tryn to be mean

**Bbmikeri: i can take it lol**

the UCA: cool

**Bbmikeri: I'll let you decide for yourself**

the UCA: ???

**Bbmikeri: whether you think I'm real**

the UCA: ok

**Bbmikeri: if you want, we can put it off and talk some more**

the UCA: ok

the UCA: my boss askd me 2 wrk sat

the UCA: and i tld him i would

**Bbmikeri: i understand**

the UCA: cause i really didnt thk u were serous

**Bbmikeri: i meant everything i said**

the UCA: vry cool

**Bbmikeri: if you want, we can plan your first time for your 16th birthday, that way i can't get in trouble either**

the UCA: y would u get in trbl?

**Bbmikeri: well it's kind of illegal for someone my age to do it with someone under 16**

the UCA: its not like id be forcn u

the UCA: or ud be forcn me

**Bbmikeri: well, they'd say i talked you into it or something like that- the law assumes that someone your age can;t take care of themselves**

**Bbmikeri: which is wrong in your case i think- yo're pretty mature**

14.  On July 13, 2005, at approximately 7:30 p.m., Bbmikeri initiated another IM conversation with the UCA. During this conversation, Bbmikeri stated he was "gettin a lil hard" thinking about meeting the UCA and they subsequently arranged to meet in person on the first Saturday of August, i.e., August 6, 2005. During this conversation, Bbmikeri stated he was going to Chicago and would return July 29. Bbmikeri stated he would not be on AOL while he was in Chicago.

15. On August 1, 2005, at approximately 7:28 p.m., Bbmikeri initiated an IM conversation with the UCA and confirmed plans to meet on Saturday, August 6th, at the McDonald's Restaurant at 272 Hartford Avenue, in Bellingham, Massachusetts. Bbmikeri asked the UCA what he was interested in trying. The following is a verbatim transcript of that portion of the conversation:

**Bbmikeri: so what u wanna do?**

the UCA: eat

**Bbmikeri: I'm good at that**

the UCA: me2

the UCA: thn wht?

**Bbmikeri: u tell me..**

the UCA: how mch time ugot sat

**Bbmikeri: aall day**

the UCA: cool

the UCA: me2

**Bbmikeri: when's dad going away?**

the UCA: frinite

the UCA: comes bck sun

**Bbmikeri: cool**

the UCA: yep

**Bbmikeri: so just tell me what u want and we;ll see**

the UCA: ok

-12-

**Bbmikeri: u must have some ideas..**

the UCA: yeah

the UCA: ido

**Bbmikeri: like???**

the UCA: not sure thouh

**Bbmikeri: about what to do or doing it at all**

the UCA: both

**Bbmikeri: thats cool**

the UCA: i mean fun like 6 flags

the UCA: or fun like sex?

the UCA: or both?

the UCA: srry

the UCA: stupid i am

**Bbmikeri: whatever you want**

the UCA: cool

the UCA: thnx mike

**Bbmikeri: just make sure you're comfortable**

the UCA: iwill

the UCA: itrust u mike

**Bbmikeri: cool**

**Bbmikeri: u wanna run some ideas by me anyway??**

the UCA: sure

the UCA: so wht do guys do the 1st time?

**Bbmikeri: anything/everything lol**

the UCA: ok

the UCA: letme try again

the UCA: like oral?

**Bbmikeri: sure**

the UCA: ok

the UCA: who goes 1st?

the UCA: or does itmtr?

**Bbmikeri: works both ways..**

**Bbmikeri: you ever taste your cum yet?**

**Bbmikeri: like we talked about**

the UCA: nope

**Bbmikeri: ok**

the UCA: do guys do tht a lot?

**Bbmikeri: yep**

the UCA: ok

the UCA: umean guys taste othr guys?

**Bbmikeri: yep**

**Bbmikeri: hot to have a guy shoot in your mouth..**

the UCA: really?

**Bbmikeri: yeap**

the UCA: ok

the UCA: so we could tryit?

**Bbmikeri: if u want**

the UCA: ok

**Bbmikeri: taste each other's...**

**Bbmikeri: u there?**

the UCA: yep

**Bbmikeri: thought i lost you there./.**

the UCA: nope

the UCA: tht u were gonna say somthn else

**Bbmikeri: nope**

**Bbmikeri: so what else??**

the UCA: like anal?

**Bbmikeri: sure**

the UCA: i now i askd b4

the UCA: but howmuch does it hrt the 1st time

**Bbmikeri: hard to say- depends on the guy/size etc**

the UCA: ok

**Bbmikeri: just gotta take it easy**

the UCA: willdo

**Bbmikeri: u wanna try it both ways?**

the UCA: ???

**Bbmikeri: being the top and the bottom?**

**Bbmikeri: anal i mean**

the UCA: gotit

the UCA: ok

**Bbmikeri: cool**

the UCA: whts btr?

**Bbmikeri: i like top myself, but do both**

the UCA: top is whn u give rite

**Bbmikeri: yea**

**Bbmikeri: now ur gettin it..**

Bbmikeri and the UCA subsequently agreed to meet at the McDonald's restaurant at noon.

    16.  On August 6, 2005, I and other agents placed the McDonald's restaurant at 272 Hartford Avenue and the surrounding area under surveillance.  Shortly before noon, agents observed a white male in a parking lot across the street from the McDonald's restaurant.  The man was pacing the area and appeared as if he were looking for someone.  Agents confronted the man and he stated that he is Michael Goldstein, from East Providence, Rhode Island.  I also observed the man and confirmed that he is the same man depicted in the photograph that Bbmikeri e-mailed to the UCA on June 6, 2005.

17. Based upon the foregoing, I submit that there is probable cause to believe that on or about August 6, 2005, Michael Goldstein did travel in interstate commerce for the purpose of engaging in illicit sexual conduct with another person, in violation of 18 U.S.C. §2423(b).

```
_____
David George
Special Agent
Federal Bureau of Investigation
```

Sworn and subscribed before me this 8th day of August 2005.

```
_____
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE
```