UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
        v.                    )    CR. NO. 05-mj-01091-JGD
                              )
MICHAEL GOLDSTEIN             )
                              )

## GOVERNMENT'S ASSENTED-TO MOTION TO CONTINUE PROBABLE CAUSE HEARING

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan, and Assistant U.S. Attorney Donald L. Cabell, hereby moves that the Court continue the probable cause hearing in this case, presently scheduled for August 25, 2005, for a period of at least 30 days.  In support of the motion the government states that the parties have begun discussions regarding resolution of the case.  Continuing the probable cause hearing for 30 days will allow the parties to complete these discussions and may obviate the need for a probable cause hearing or for the government to seek an indictment.  Accordingly, the defendant assents to the government's motion.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                    By:

                              /s/Donald L. Cabell
                              DONALD L. CABELL
                              Assistant U.S. Attorney