UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )   CR. NO. 05-mj-01091-JGD<br>)<br>MICHAEL GOLDSTEIN )<br>) | |

## GOVERNMENT'S ASSENTED-TO MOTION TO CONTINUE
## PROBABLE CAUSE HEARING

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan, and Assistant U.S. Attorney Donald L. Cabell, hereby moves that the Court continue the probable cause hearing in this case, presently scheduled for September 26, 2005, for a period of at least two weeks. Although the Court had rescheduled the probable cause hearing to this date at the request of the parties, the undersigned AUSA has in the interim had a trial rescheduled to that date, and thus is scheduled to begin trial on September 26th in the matter of United States v. Brian Todd, Cr. No. 04-10246-PBS. Further, the parties originally sought to continue the hearing to give them the opportunity to determine whether the case can be resolved by way of an Information rather than Indictment, such that a probable cause hearing would be unlikely. Those talks remain ongoing and the two week continuance should give the parties sufficient time to determine whether such a resolution is possible. Accordingly, the defendant assents to the government's motion.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:

                              /s/Donald L. Cabell
                              DONALD L. CABELL
                              Assistant U.S. Attorney
```