UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate No.
05M-1091-JGD

UNITED STATES OF AMERICA

v.

MICHAEL GOLDSTEIN

## ORDER

October 17, 2005

DEIN, M.J.

To the extent that the parties, by way of the Government's Assented-To Motion to Continue Probable Cause Hearing (Docket No. 9), seek to continue the date for that hearing, the motion is allowed, and the probable cause hearing - if necessary - shall be held on November 1, 2005 at 10:00 A.M.

To the extent, however, that the parties seek excludable time under the Speedy Trial Act, this court does not have the authority to grant the relief requested, and that matter – relating to the period of time within which an indictment must be brought – must be brought to the miscellaneous business docket.

           / s / Judith Gail Dein
           Judith Gail Dein
           United States Magistrate Judge