UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES )<br>)<br>v. )<br>)<br>MICHAEL GOLDSTEIN ) | Cr. No. 05-mj-01091-JGD |

## WAIVER OF PRELIMINARY HEARING

Now comes the defendant, Michael Goldstein, by and through undersigned counsel, and, pursuant to Rule 5.1(1) of the Federal Rules of Criminal Procedure, hereby waives his right to a preliminary hearing in the above-captioned matter.

Respectfully Submitted,
Michael Goldstein
By his attorney

 /s/ Michael C. Andrews
Michael C. Andrews
21 Custom House Street
Boston, Massachusetts 02110
(617) 951-0072
BBO# 546470